UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE   OF LA

2007 AUG 29  P 4: 0

KEAN, MILLER, HAWTHORNE, D'ARMOND
MCCOWAN & JARMAN, LLP

VERSUS

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD

CIVIL ACTION

NO. 06-770-C

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated August 2, 2007.  Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Partial Summary Judgment filed by plaintiff, Kean, Miller, Hawthorne, D'Armond, McCowan & Jarman, LLP, will be denied and the Cross-Motion for Summary Judgment filed by defendant, National Fire Insurance Company of Hartford, will granted, dismissing Kean, Miller's claims with prejudice.

Baton Rouge, Louisiana, August  29  , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA